Pro se
Due

PAUL E ANTOINE
MCJ 5900, 34UP
P.O. Box 86164
Terminal Annex
Los Angeles CA, 90068
    Petitioner

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT

2:13cv 2259 (RW)

| | |
|---|---|
| PAUL ANTOINE<br>  PETITIONER<br><br>VS.<br><br>Los Angeles Deputy District Attorney Jackie Lacey, Janicemarie Allard April M Barnes, Paul E Antoine Jr Don Lazatera, Pasqual Olmos Mike Sargant, ~~Vons~~ Grocery Store<br>  RESPONDENT | CASE NO:<br>PETITION FOR WRIT OF HABEAS CORPUS FOR (1) UNLAWFULL DETENTION BASED ON RACE (2) VIOLATION OF PRISONERS 8TH AND 14TH AMENDMEN RIGHTS OF THE U.S. CONSTITUTION. (3) WRONGFUL ARREST. |

LODGED CLERK, U.S. DISTRICT COURT  MAR 29 2013  CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

RECEIVED CLERK, U.S. DISTRICT COURT  MAR 21 2013  CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

    TO THE HONORABLE JUDGE OF THE COURT, AND TO ALL INTRESTED PARTIES PETITIONER/PRISONER PAUL ERIC ANTOINE SR. DOES HEREBY REQUEST THAT THIS COURT IMEDIATLY FREE THE PETITIONER FROM THE LOS ANGELES COUNTY JAIL. SAID PETITION IS BASED UPON, LEGAL ARGUMENT, CONCLUSION, DECLARATION OF PETITIONER, AND ALL THE EVIDENCE IN LOS ANGELES SUPERIOR COURT CASE NO:

(1)

(YA084846.)

Petitioner further respectfully request that this court hold an O.S.C. hearing as to why each Respondent, should not be turned over to the U.S. Attorneys office for criminal prosecution.

### Background

On or about Feb. 7th 2013 Paul Eric Antoine Sr was arrested in Los Angeles Calif, and charged with (3) counts of second degree commercial burglary, of a commercial building occupied by Vons grocery located at 1260 W. Redondo Beach Blvd, Gardena Calif, Petitioner was jailed in Los Angels County Jail and bail was set at 1,100,000 dollars. Petitioner informed Jackie Lacey's representative in Dept (L) of Torrence court (Superior, that petitioner's son Paul Eric Antoine who is currently in Los Angeles County Jail (Booking #3434553) was and is the suspect the is living with April M. Barnes at 803 W 134th ST in Compton and is the prime suspect that was with April Marie Barnes on (April 16, 2012, - April 30, 2012 - and May 5th 2012).

Petitioner son is facing Case No 2LG05030 in Long Beach Superior court on March 22, 2013. On or about Feb 28, 2013, Petitioner was given a copy of a Felony complaint with (blurred) photos of a Black suspect. The complaint said they sought a suspect that named Paul Eric Antoine who live at 908 W 134th ST and lived with April Marie Barnes. The probleme is, no one seems to remember that petitioner has a son named Paul Eric Antoine who lives with his mother at (908 W 134th ST) Follow up report Gardena Police Report. Law Enforcement Data Base (Page 3 of 4) and arrested on Jan 18, 2013.

### Legal Argument

Deputy District Attorney Jackie Lacey, allowed for the

(2)

ARREST OF A INNOCENT MAN, AFRICAN AMERICAN, U.S.M.C VETERAN.

JANICEMARIE ALLARD HAS REQUESTED THAT PETITIONER SIT IN JAIL FOR ANOTHER MONTH despite KNOWING THAT THE PETITIONER IS CURRENTLY UNDERGOING TREATMENT FOR A WORKERS COMP CASE, REHABILITATION FOR A FOURTH SERGERY AND (2) SHOULDER REPLACEMENT, PETITIONER HAS MISSED A TELECONFERENCE WITH THE VETERAN AFFAIRS IN WASHINGTON D.C. DUE TO HIS ILLEGAL ARREST.

PETITIONER IS CURRENTLY BEING HELD AS A SECURITY LEVEL 7. PRISONER AND HANDCUFFED TO A CHAIR IN COURT IN UNJUST PAIN TO TO SERGICAL AREA.

THE PETITIONER IF GIVEN A COPY OF THE C.D. OF THE STORE SECURITY TAPE, CAN SHOW "UNDESPUTED PROOF" THAT ON TAPE IS NOT THE PETITIONER, SAID EVIDENCE IS LOCATED AT THE GARDENA POLICE STATION UNDER EV TAG P16616, PETITIONER'S 8TH AND 14TH AMENDMENTS OF THE CONSTITUTION ARE BEING VIOLATED.

## CONCLUSION

PETITIONER, RESPECTFULLY REQUEST THAT THIS WRIT BE GRANTED AND A O.S.C HEARING BE HELD. AS SOON AS POSSIABLE

DATED MARCH, 16, 2013

RESPECTFULLY SUBMITTED

*Paul Eric Antona*

PAUL ERIC ANTONA

(3)

DECLARATION OF PETITIONER
IN SUPPORT OF WRIT

I PAUL ERIC ANTOINE SR DECLARE AS FOLLOWS

1. I AM OVER THE AGE OF 18. AND THE DEFENDANT IN CASE NO: (YA084846) OF LOS ANGELES SUPERIOR COURT.

2. MY SON PAUL ERIC ANTOINE JR #3434553 IS THE SAME DEFENDANT IN CASE NO: (YA084846).

3. I DO NOT LIVE WITH APRIL MARIE BARNES NOR HAVE I EVER LIVED AT 908 W 134TH PLACE, WITH THEM. AND HAVE NOT SPOKE TO THEM IN 20 YEARS. PAUL ERIC ANTOINE JR LIVE WITH HER.

4. THE VIDEO OF THEFT, IS UNDISPUTED EVIDENCE THAT SHOWS I AM NOT THE SUSPECT IN ANY OF THESE THEFTS.

I DECLARE UNDER THE PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT EXECUTED THIS 16TH DAY OF MARCH 2013

*Paul Ant[oine]*
PETITIONER

(4)

PROOF OF SERVICE

I PAUL ERIC ANTOME SERVED THE FOLLOWING DOCUMENTS ON THE PARTIES LISTED BELOW:

PETITION FOR WRIT OF HEABEAUS CORPUS

| | |
|---|---|
| CRIMINAL COURTS BUILDING. | U.S. DISTRICT COURT |
| OFFICE OF THE DISTRICT ATTORNEY | 312 N SPRING ST |
| 210 W TEMPLE ST | LOS ANGELES CA, 90012 |
| LOS ANGELES CA, 90012 | |
| ATTN: JACKIE LACEY, D.A. | |

UNDER THE PENALTY OF PERJURY THE FOREGOING IS IS TRUE AND CORRECT, EXCUTED THIS 16, DAY OF MARCH 2013

*[signature]*
PETITIONER

(6)

LOS ANGELES CA 900
20 MAR 2013 PM 13 L

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 21 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

CLERK OF THE COURT
U.S. DISTRICT COURT
312 N SPRING ST
LA CA 90012

PAUL ERIC ANTOINE
MCJ 5900, 34 UP
P.O. BOX 86164, TERMINAL ANNEX
LOS ANGELES, CA, 90086

LEGAL MAIL

DEP JONES #514427

Legal mail