UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTOINE,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>LOS ANGELES DEPUTY DISTRICT<br>ATTORNEY JACKIE LACEY, et al.,<br><br>　　　　　　Respondents. | CASE NO. CV 13-2259-JFW (PJW)<br><br>ORDER DISMISSING HABEAS CORPUS<br>PETITION WITHOUT PREJUDICE |

　　　Petitioner filed the instant Petition for a Writ of Habeas Corpus on April 8, 2013, challenging the legality of his incarceration in Los Angeles County jail, pending trial on three counts of commercial burglary. (Petition at 2-3.) He contends that he is actually innocent of the charges and that videotape evidence will establish his innocence. (Petition at 2-4.) Petitioner also requests an order to show cause why Respondents should not be criminally prosecuted, presumably for their involvement in his incarceration and prosecution. (Petition at 2.) For the following reasons, the Petition is dismissed without prejudice.

　　　As a general rule, federal courts do not intervene in ongoing state prosecutions. *Younger v. Harris*, 401 U.S. 37, 45 (1971); *Drury*

*v. Cox*, 457 F.2d 764, 764-65 (9th Cir. 1972) (per curiam) (holding that, except in the "most unusual circumstances," a defendant is barred from challenging his state prosecution in federal court before the "judgment has been appealed from and the case concluded in the state courts."). Though there are exceptions to this general rule where, for example, "special circumstances" warrant federal intervention, *see Braden v. 30th Judicial Circuit Court Of Kentucky*, 410 U.S. 484, 489 (1973) (permitting petitioner to seek enforcement of constitutional right to speedy trial three years after he had been indicted in state court), Petitioner has not presented any such special circumstances here.

For these reasons, the Petition is denied, without prejudice, and this action is dismissed.

IT IS SO ORDERED.

Dated:   <u>April 10, 2013</u>.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Temp\notesE1EF34\Ord_dismiss.wpd