JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTOINE, | CASE NO. CV 13-2259-JFW (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| LOS ANGELES DEPUTY DISTRICT ATTORNEY JACKIE LACEY, et al., | |
| Respondents. | |

Pursuant to the Order Dismissing Habeas Corpus Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:    April 10, 2013.


_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd